UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DYLAN ADOLFO MATHEU-YANCOR,

Petitioner,

v.

WARDEN, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 26-cv-2350-RSH-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On April 13, 2026, petitioner Dylan Adolfo Matheu-Yancor, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Thereafter, on April 27, 2026, Petitioner filed through counsel an Amended Petition, the operative pleading. ECF No. 7; *see also* ECF Nos. 9 (return), 13 (traverse).

The Amended Petition brings three claims, arguing that the government (1) failed to comply with applicable regulations in revoking Petitioner's immigration parole; (2) failed to provide Petitioner with notice and an opportunity to be heard in violation of his procedural due process rights; and (3) failed to comply with the Trafficking Victims Protection Reauthorization Act ("TVPRA") and a permanent injunction entered in another case by not addressing the "least restrictive setting" available for Petitioner, given that he had previously been designated by the government as an unaccompanied minor. Petitioner

requests his release subject to the conditions previously imposed.

In their return, Respondents argue that Petitioner's due process and APA claims should be denied, but also state that "the government does not oppose the petition outside of Petitioner's arguments that Respondents violated the APA and the Fifth Amendment." ECF No. 9 at 2, 4.

In light of this non-opposition, the Petition is **GRANTED** as follows. Within ***one business day of the date of this order***, Respondents shall release petitioner Dylan Adolfo Matheu-Yancor from immigration custody under the terms of his prior parole notice. This order does not constrain the government's ability to impose or modify appropriate conditions of release, nor does it limit the government's ability to arrest or prosecute Petitioner for any violations of criminal law. The Court declines to additional further injunctive relief.

**IT IS SO ORDERED**.

Dated: June 25, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge